# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Sharmaine Scott<br><br>    Plaintiff,<br><br>v.<br><br>Windham Professionals, Inc.<br><br>    Defendant. | CASE NO.: 07-cv-6764<br><br>JUDGE: Zagel<br><br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: s/Timothy J. Sostrin
    Timothy J. Sostrin
    Attorney for Plaintiff
    20 West Kinzie; Suite 1300
    Chicago, IL 60611
    Telephone: 1.866.339.1156
    tjs@legalhelpers.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 20, 2008, I served Defendant with a copy of the foregoing NOTICE OF DISMISSAL by depositing a copy of the same in the United States Mail, addressed as follows:

Windham Professionals, Inc.
c/o CT Corporation System,
Registered Agent
8025 Excelsior Dr., Suite 200
Madison, WI 53717

                  s/Timothy J. Sostrin

2